UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASHKAN RAJAEE, et al.,
Plaintiffs,

v.

TYLER BRANDON DAVIS, et al.,
Defendants.

Case No.: 26-cv-80-RSH-GC

**ORDER (1) DENYING MOTIONS TO DISMISS ORIGINAL COMPLAINT AS MOOT AND (2) DIRECTING BRIEFING REGARDING BANKRUPTCY STAY**

[ECF Nos. 43, 44, 46]

In light of Plaintiffs' Amended Complaint, ECF No. 63, Defendants' motions to dismiss the original Complaint, ECF Nos. 43, 44, 46, are **DENIED** as moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Additionally, in light of the Amended Complaint and of the Bankruptcy Court's May 29, 2026 order, all Parties who have appeared in this case **SHALL ADDRESS** in writing, no later than ***twenty-one days (21) days*** of the date of this order, the legal effect of the automatic stay and the Bankruptcy Court's orders on Plaintiffs' pending claims. If a party contends that the lawsuit, or particular claims or portions of claims by Rajaee, should be stayed or dismissed, the party should identify with specificity the scope of the requested stay or dismissal. Similarly, if a party contends that the claims of Mobile Monster are

subject to stay or dismissal, the party shall so state. Because certain Defendants have moved for monetary sanctions under Rule 11, Plaintiffs and the moving Defendants shall also address the legal effect of the automatic stay and the Bankruptcy Court's orders on such a sanctions request. The Parties shall support their respective positions with relevant legal authority.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Hon. Robert S. Huie
United States District Judge